**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHIRLEY DIANN CORBIN,

    Defendant.

2:23-CR-00063-ART-NJK

**ORDER SETTING CALENDAR CALL AND TRIAL DATE**

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That counsel needs additional time to allow for a potential resolution of the case; if the parties are unable to resolve the case, counsel needs additional time to review discovery and prepare for Trial;

2. That CORBIN is out of custody and does not object to a continuance;

3. That Assistant United States Attorney, ROBERT KNIEF, does not object to a continuance;

4. That denial of this request for a continuance could result in a miscarriage of Justice; and

5. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

1

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services. The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that Calendar Call shall be scheduled for **November 25, 2025, at 11:00 AM (via video)** and Trial shall be scheduled for **December 16, 2025, at 9:00 AM** in the above-noted Federal Courthouse.

DATED this 8th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE